UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JONATHON MICHAEL HANKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:14-cv-00887-TWP-DML |
| | ) |
| MICHAEL PAUSZEK Doctor, | ) |
| | ) |
| Defendant. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed.** The federal claims are dismissed with prejudice and the state law claims are dismissed for lack of jurisdiction.

Date: 9/25/2014

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

JONATHON MICHAEL HANKINS
33 Lazy Acre Estates
Greencastle, IN 46135

All Electronically Registered Counsel